# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00077-CV

### In re BMC West Corporation a/k/a BMC West, LLC and Julian Noe Silva

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). Our temporary stay, ordered on February 23, 2021, is dissolved.

Chari L. Kelly, Justice

Before Justices Goodwin, Triana, and Kelly

Filed: March 18, 2021